106 A.3d 479

IN THE MATTER OF CONSTANTINE BARDIS, AN ATTORNEY AT LAW (ATTORNEY NO. 037561998).

January 22, 2015.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), following the granting of a motion for discipline by consent in DRB 14–330 of **CONSTANTINE BARDIS of LAKE COMO,** who was admitted to the bar of this State in 1999;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.15(a) (commingling of client and personal funds in trust account), *RPC* 1.15(d) (recordkeeping deficiencies) and *Rule* 1:21–6 (recordkeeping violations);

And the parties having agreed that respondent's conduct violated *RPC* 1.15(a) and (d), and *Rule* 1:21–6, and that said conduct warrants a censure or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV–2013–0510E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **CONSTANTINE BARDIS of LAKE COMO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.